# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 27, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

      Re: Case No. 22-1590, *Daniel Allen, et al v. USA*
           Originating Case No. : 1:21-cv-10449

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                   Sincerely yours,

                                   s/Mackenzie A. Collett
                                    For Michelle Lambert

cc: Mr. Kevin M. Carlson
    Mr. Michael L Pitt
    Ms. Beth M. Rivers
    Mr. Zak Toomey

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1590

_____

Filed: November 27, 2023

DANIEL ALLEN; CATHLEEN ALLEN

    Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 10/03/2023 the mandate for this case hereby issues today.

COSTS: None